UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
JANE DOE 1, individually and as parent and next : 
friend of S. and R., minors, *et al.*, :
:
               Plaintiffs, :
:
         v. : **ORDER**
: 22-CV-676 (WFK) (CLP)
ERIC ADAMS, Mayor of the City of New York, in :
his official capacity, *et al.*, :
:
             Defendants. :
:
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the consent request submitted by Plaintiffs on February 10, 2022. ECF No. 12. The Court GRANTS the requested leave to file an Amended Memorandum of Law in Support of the pending motion for a preliminary injunction.

                                     **SO ORDERED.**

                                       **s/ WFK**

                                     _____
                                     HON. WILLIAM F. KUNTZ, II
                                     UNITED STATES DISTRICT JUDGE

Dated: February 11, 2022
       Brooklyn, New York