IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELENA KONDRATOVICH,** individually and as parent and next friend of **S.** and **R.**, minors; **BRUCHA WEISBERGER,** individually and as parent and next friend of **R., L., C., B.**, **E., O., C., Y.,** and **Y.,** minors; **MAYER MAYERFELD**, individually and as parent and next friend of **C.**, a minor, **GEORGE SCHATZKAMER,** and **GENE PANASENKO**, <br><br> Plaintiffs, <br><br> v. <br><br> **ERIC ADAMS**, Mayor of the City of New York, in his official capacity; **DR. DAVE CHOKSHI**, interim Commissioner of the Department of Health and Mental Hygiene of the City of New York, in his official capacity; and **DR. ASHWIN VASAN**, successor Commissioner of the Department of Health and Mental Hygiene of the City of New York, in his official capacity, <br><br> Defendants. | Case No. 1:22-cv-00676-WFK-CLP |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the challenged regulations known as "Key to NYC" having ended on March 7, 2022, pursuant to Emergency Executive Order No. 50, and Plaintiffs having elected not to litigate the resulting issue of mootness or their claim for nominal damages, but rather to dismiss this action, this action is hereby voluntarily dismissed pursuant to F.R.C.P. 41(a)(1)(A)(i).

Dated: March 7, 2022

s/ Christopher A. Ferrara (NJ #004621978)
CHRISTOPHER A. FERRARA, ESQ.
*Counsel for Plaintiffs*
